# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-2022-1229**
Derek Nicholas Snow v. State of Alabama (Appeal from Tuscaloosa Circuit Court:
CC-19-1245)

# <u>NOTICE</u>

You are hereby notified that on January 5, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk